# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN DEVON SUTTON,
                              Appellant,
          vs.
THE STATE OF NEVADA,
                              Respondent.

No. 82098

FILED

DEC 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "notice of erratum and motion to correct clerical mistake." Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
          Parraguirre

_____, J.          _____, J.
Hardesty                                      Cadish

20-45432

cc:    Hon. Joseph Hardy, Jr., District Judge
        Kevin Devon Sutton
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk